**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ILHAM TEKKO,

                     Plaintiff,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                     Defendant.

and

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                     Counter-Plaintiff,

vs.

ILHAM TEKKO,

                     Counter-Defendant

_____/

WILLIAM J. YOCHIM, JR., ESQ. (P53549)
William J. Yochim, Jr., P.L.L.C.
Attorney for Plaintiff/Counter Defendant
30600 Telegraph Road, Ste. 2175
Bingham Farms MI 48025
248.341.1270

ALAN G. DAVIS (P27830)
Garan Lucow Miller, P.C.
Attorney for Defendant/Counter Plaintiff
1111 W. Long Lake Rd., Ste. 300
Troy, MI 48098-6333
248.641.7600

_____/

Case No. 2:10-cv-12913

Hon. Patrick J. Duggan

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT COSTS**

       This matter coming before the Court on stipulation of the parties, and the Court being

otherwise fully advised in the premises:

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their

respective counsel, that the above-entitled case, including any counter-claims and third-party

claims shall be dismissed with prejudice and without costs to any party.

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 15, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 15, 2011, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager

I hereby stipulate to the entry
of the above Order.

/s/with consent of William J. Yochim, Jr.,
WILLIAM J. YOCHIM, JR.(P53549)
Attorney for Plaintiff/Counter-Defendant

/s/Alan G. Davis
ALAN G. DAVIS (P27830)
Attorney for Defendant/Counter-Plaintiff